IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAMMOND MURPHY,<br><br>                    Plaintiff,<br><br>       vs.<br><br>ADIDAS AMERICA, INC.,<br><br>                    Defendant. | Case No.: 1:23-cv-53-RAL |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that Plaintiff Anthony Hammond Murphy hereby voluntarily dismisses, with prejudice, his complaint against Defendant Caddis Co. pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with the parties to bear responsibility for their respective fees and costs.

Dated: July 29, 2023

**LAW|FIRST**

By:/s/ *Lawrence H. Fisher*
          Lawrence H. Fisher
One Oxford Centre
301 Grant St., Suite 270
Pittsburgh, Pennsylvania 15219
Tel: (412) 577-4040
lawfirst@lawrencefisher.com

*Attorneys for Plaintiff*

**SHEPPARDMULLIN**

By:/s/ *Greg Hurley*
          Greg Hurley
SheppardMullin
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
+1 714-513-5100 | main
GHurley@sheppardmullin.com

*Attorneys for Defendant*

It is so Ordered this 7th day of August, 2023.

*/s/ Susan Paradise Baxter*